# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE<br>310 First Street, Southeast<br>Washington, D.C. 20003<br>                  Plaintiff,<br><br>v.<br><br>UNITED STATES AGENCY<br>FOR INTERNATIONAL DEVELOPMENT<br>1300 Pennsylvania Avenue Northwest<br>Washington, D.C. 20534,<br>                  Defendant. | Civil Case No. _____ |

## VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Plaintiff Republican National Committee ("RNC" or "Plaintiff") brings this action for declaratory and injunctive relief, and complains as follows:

### INTRODUCTION

1. This November, the people of the United States will decide who will serve as the next President. They should do so with access to as much information as possible about the candidates' fitness for this nation's highest office. To that end, Plaintiff files this suit under the Freedom of Information Act ("FOIA"), seeking information relating to former Secretary of State, and leading candidate for the Democratic Party nomination, Hillary Clinton's tenure at the United States Department of State that bears directly on her qualifications for President.

2. Plaintiff seeks disclosure of records exchanged between certain officials at the United States Agency for International Development ("Defendant") and (1) individuals utilizing electronic mail accounts from designated domain names affiliated with Secretary Clinton or her

associates, and (2) certain individuals employed by the United States Department of State from January 21, 2009, through February 1, 2013.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over this case under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

4. Venue is proper in this Court under 28 U.S.C. § 1391(e) because Defendant is an entity of the United States Government that resides in this District.

## PARTIES

5. Plaintiff is a Section 527 political organization with its principal place of business in Washington, D.C.

6. Defendant is an agency of the United States Government charged with distributing federal foreign aid and investing in foreign agricultural productivity and sustainable growth, among other duties. Defendant is headquartered in Washington, D.C.

## STATEMENT OF FACTS

7. Hillary Clinton served as President Barack Obama's first Secretary of State from 2009-2013, and she is now the leading candidate for the Democratic Party's nomination for President of the United States.

8. Secretary Clinton's campaign has pointed to her tenure at the State Department to demonstrate that she is uniquely prepared for the challenges of the presidency. Anne Gearan, *Clinton touts State Department record to turn tables on GOP critics ahead of high-stakes hearing*, Washington Post, Oct. 19, 2015, https://www.washingtonpost.com/news/post-politics/wp/2015/10/19/clinton-touting-same-state-department-record-republicans-call-meager-as-high-stakes-hearing-approaches/.

9. Clinton's actions while Secretary of State—and the actions of those senior staff with whom she worked closely and senior officials in other federal agencies with whom her staff interacted—are manifestly relevant to whether she is fit to lead this country. Public scrutiny of her tenure at the State Department is "a structural necessity in a real democracy." *Nat'l Archives & Records Admin. v. Favish*, 541 U.S. 157, 172 (2004); *see also Detroit Free Press v. Ashcroft*, 303 F.3d 681 (6th Cir. 2002) ("Democracies die behind closed doors.").

10. To help the American people make an informed decision about who should be their next President, Plaintiff filed two FOIA requests on December 4, 2015 seeking electronic mail records as described in Paragraph 1 and as described fully in the two letters attached as Exhibits A and B.

11. Other than two letters dated December 16, 2015 acknowledging receipt of Plaintiff's requests, Defendant has sent no correspondence regarding Plaintiff's requests. To date, Defendant has not disclosed any of the requested materials nor explained why it cannot comply with its statutory obligations.

12. Because defendant has failed to make a determination as to the requests within twenty working days, as required by FOIA, 5 U.S.C. § 552(a)(6)(A), the RNC has constructively exhausted its administrative remedies and may proceed directly to this Court. *See Citizens for Responsibility & Ethics in Washington v. Fed. Election Comm'n*, 711 F.3d 180, 182 (D.C. Cir. 2013) (a requestor exhausts its remedies unless, within the relevant time period, the agency "inform[s] the requester of the scope of the documents that the agency will produce, as well as the scope of the documents that the agency plans to withhold under any FOIA exemptions"); *id.* at 189-90 ("[I]f the agency does not adhere to FOIA's explicit timelines, the 'penalty' is that the

agency cannot rely on the administrative exhaustion requirement to keep cases from getting into court.").

13. Time is of the essence. The information that the RNC seeks bears on Secretary Clinton's fitness to serve as the next President of the United States and will have no value unless it makes its way into the public's hands before the election. The RNC and the public will suffer irreparable harm if the requested information does not come to light before then.

**PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for the following relief:

1. Expedited consideration under 28 U.S.C. § 1657;

2. A declaratory judgment that the State Department has improperly withheld the requested records under FOIA;

3. A finding that the State Department's failure to comply with its obligations under FOIA has caused the RNC irreparable harm;

4. An order directing the State Department to respond and produce the requested documents by July 1, 2016, in time for the Democratic National Convention;

5. Costs and reasonable attorney's fees pursuant to 5 U.S.C. § 552(a)(4)(E); and

6. Any other relief that the Court deems just and appropriate.

Dated: March 14, 2016.

                                                          Respectfully submitted,

                                                          By:  /s/ Jason Torchinsky
                                                          Jason Torchinsky (D.C. Bar No. 976033)
                                                          jtorchinsky@hvjt.law
                                                          Holtzman Vogel Josefiak Torchinsky, PLLC

45 North Hill Drive, Suite 100
Warrenton, VA 20186
Phone: 540-341-8808
Fax: 540-341-8809

5

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2016, copies of the foregoing Complaint and Summons were served by personal service on the following parties:

United States Agency
for International Development
1300 Pennsylvania Avenue Northwest
 Washington, D.C.  20534,

And

Civil Clerk
United States Attorney's Office
District of Columbia
555 Fourth Street, NW
Washington, DC 20530


  /s/ Jason Torchinsky
JASON TORCHINSKY